DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JOHNATHAN URIAH MCKINNEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0918

————————————————

June 3, 2026

Appeal from the Circuit Court for Manatee County; Frederick Peter Mercurio, Judge.

Blair Allen, Public Defender and Maria Clarke, Assistant Public Defender, Bartow, for Appellant.

PER CURIAM.

　　Affirmed.

KELLY, MORRIS, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.